**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Gerardo OLIVAS–SANCHEZ, Defendant—Appellant.**

No. 01–50486.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 12, 2002 *.

Decided Aug. 16, 2002.

Before: SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

Gerardo Olivas–Sanchez appeals his conviction by guilty plea to one count of importation of marijuana in violation of 21 U.S.C. §§ 952 and 960. Olivas–Sanchez's contention that Section 960 is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by *United States v. Mendoza–Paz*, 286 F.3d 1104, 1109–1111 (9th Cir.2002). His contention that the indictment should be dismissed because it did not allege *mens rea* as to drug type and quantity is foreclosed by *United States v. Carranza*, 289 F.3d 634 (9th Cir. 2002).

**AFFIRMED.[1]**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. The government's motion to strike appellant's Fed. R.App. P. 28(j) letter, received on July 16, 2002, is denied.

